Order entered November 9, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00847-CR

## ROGELIO C. BELMONTE, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F11-53040-L**

## ORDER

The Court **ORDERS** court reporter Victoria Franklin to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 182, a DVD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Victoria Franklin, official court reporter, Criminal District Court No. 5, and to counsel for all parites.

_____
DAVID L. BRIDGES
JUSTICE